IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY                                                                             PLAINTIFF

v.                                       No. 3:05cv00259JLH

AMANDA LOCKLEY and WACHOVIA SBA
LENDING, INC., f/k/a THE MONEY STORE
INVESTMENT CORPORATION, d/b/a
WACHOVIA SMALL BUSINESS CAPITAL                                                   DEFENDANTS

## ORDER OF DISCHARGE

The parties have by their stipulation filed of record herein agreed and approved of this order. The same being well taken and appropriate, the plaintiff is granted the relief set forth herein.

WHEREFORE, IT IS HEREBY ORDERED that:

1.      Plaintiff shall be authorized to interplead and deposit the sum of $1,001,825.61 plus applicable interest of $27,886.43 for a total of $1,029,712.04 with the clerk of the United States District Court, Eastern District of Arkansas, to be disbursed only upon further order of this Court. Upon payment of these funds, plaintiff shall be discharged from any and all claims, rights, demands, actions and causes of action of whatsoever kind and nature, either in contract or in tort, from these defendants or the predecessors, successors, administrators, agents, assigns, or personal representatives of either or both of the defendants arising out of life insurance policy number 15745779 issued by The Northwestern Mutual Life Insurance Company;

2.      Defendants are hereby enjoined from filing or prosecuting any suits or claims against the plaintiff, The Northwestern Mutual Life Insurance Company, as well as any related subsidiary or parent corporations or the predecessors or successors, administrators, agents, employees, personal representatives or assigns of this company; and

3. Plaintiff is discharged from any and all further liability to any of the defendants or any other person asserting a claim upon or by virtue of the death benefits resulting from the death of Greg Lockley by, through or under the defendants' rights and plaintiff is hereby dismissed as a party with prejudice, with The Northwestern Mutual Life Insurance Company to bear its own costs and attorney's fees herein.

IT IS SO ORDERED this 2nd day of December, 2005.

_____
United States District Judge

APPROVED:

J. V. Phelps, Bar No. 74122
Dustin H. Jones, Bar No. 2001214
WOMACK, LANDIS, PHELPS,
 McNEILL & McDANIEL, P.A.
P. O. Box 3077
Jonesboro, AR 72403

By   /s/ Dustin H. Jones
        Attorneys for Plaintiff

Bill Bristow, Bar No. 75009
BRISTOW & RICHARDSON
216 E. Washington Ave.
Jonesboro, AR 72401

By   /s/ Bill W. Bristow
        Attorney for Defendant, Amanda Lockley

James R. Newsom, III, Tenn. Bar No. 006683
Michael F. Rafferty, Arkansas Bar No. 85205
HARRIS, SHELTON, HANOVER, WALSH
One Commerce Square, Suite 2700
Memphis, TN 38103

By   /s/ Michael F. Rafferty
        Attorney for Defendant, Wachovia SBA
        Lending, Inc., F/K/A the Money Store
        Investment Corporation, D/B/A Wachovia
        Small Business Capital