**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

THE NORTHWESTERN MUTUAL LIFE                                           PLAINTIFF
INSURANCE COMPANY

v.                                    No. 3:05CV00259 JLH

AMANDA LOCKLEY and WACHOVIA SBA
LENDING, INC., f/k/a THE MONEY STORE
INVESTMENT CORPORATION, d/b/a
WACHOVIA SMALL BUSINESS CAPITAL                                        DEFENDANTS

<u>**ORDER**</u>

Pursuant to this Court's Order of December 2, 2005, plaintiff is authorized to interplead and

deposit the sum of $1,001,825.61 plus applicable interest of $27,886.43 for a total of $1,029,712.04

with the Clerk of the United States District Court, Eastern District of Arkansas, to be disbursed only

upon further order of this Court.

IT IS ORDERED that the Clerk of the United States District Court, Eastern District of

Arkansas, invest said sum in an interest-bearing account until such time as it is withdrawn from the

registry of the court.

DATED:    December 7, 2005

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE