IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | PLAINTIFF |
| v.     Case No. 3:05cv00259JLH | |
| AMANDA LOCKLEY, and WACHOVIA SBA LENDING, INC., f/k/a THE MONEY STORE INVESTMENT CORPORATION, d/b/a WACHOVIA SMALL BUSINESS CAPITAL, | DEFENDANTS |
| and | |
| AMANDA LOCKLEY, | CROSS-PLAINTIFF/ CROSS-DEFENDANT |
| v. | |
| WACHOVIA SBA LENDING, INC., | CROSS-DEFENDANT/ CROSS-PLAINTIFF |

CONSENT ORDER OF DISBURSEMENT
AND DISMISSAL WITH PREJUDICE

By Order entered on August 1, 2006 [Court File No. 26] the Court referred the matter of a settlement conference to U.S. Magistrate Judge HENRY L. JONES, JR. for further proceedings. By Scheduling Order entered on August 11, 2006 [Court File No. 27], this case was set for settlement conference before Magistrate Judge Jones to take place on August 23, 2006. As a result of the settlement conference, the remaining parties to this case, Amanda Lockley and Wachovia SBA Lending, Inc. reached a settlement of the matters in controversy between them, the terms of which were read into the record by counsel.

Exhibit "A"

THEREFORE, IT IS ORDERED as follows by consent of the parties:

1. That the interpleaded funds currently in the registry of the Court shall be disbursed as follows: (a) the sum of Six Hundred Thirty Seven Thousand Three Hundred Sixty-Eight and 83/100ths Dollars ($637,368.83) to Wachovia SBA Lending, Inc., and (b) the balance of the interpleaded funds to Amanda Lockley;

2. That each party shall bear its own attorney's fees and costs;

3. That the jury trial, currently set to commence during the week of September 18, 2006 is VACATED; and

4. That immediately following disbursement of the interpleaded funds as above directed, all remaining claims, cross-claims and counterclaims in this action shall be DISMISSED WITH PREJUDICE without further notice, hearing or order.

Dated September 5, 2006 at Jonesboro, Arkansas.

BY THE COURT:

J. Leon Holmes
United States District Judge

Exhibit "A"